# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARIS BENJAMIN RAMIREZ-ALVAREZ, | : | |
| Plaintiff | : | |
| | : | No. 1:13-cv-00949 |
| v. | : | |
| | : | (Judge Kane) |
| CHRISTOPHER GEORGE, | : | |
| Deportation Officer, United States Immigration and Customs Enforcement Office, Department of Homeland Security, et al., | : | (Chief Magistrate Judge Carlson) |
| Defendants | : | |

## ORDER

**ACCORDINGLY**, on this 5th day of August 2014, **IT IS HEREBY ORDERED THAT:**

1. Chief Magistrate Judge Carlson's Report and Recommendation (Doc. No. 40) is **ADOPTED**;

2. Defendants' motion to dismiss (Doc. No. 33) is **GRANTED WITH PREJUDICE**; and

3. Plaintiff's objections (Doc. No. 41) are **OVERRULED.** The Clerk of Court is directed to close the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania